This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STACIE MARIE GRAY f/k/a,**
**STACIE MARIE SANDOVAL, n/k/a**
**STACIE MARIE IVEY,**

Plaintiff-Appellant,

v.

**MARTIN CHRISTOPHER SANDOVAL,**

Defendant-Appellee.

NO. 33,348 consolidated
with NO. 33,670

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Elizabeth E. Whitefield, District Judge**

Stacie Marie Gray
Fort Collins, CO

Pro Se Appellant

Leslie Becker
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**ZAMORA, Judge.**

{1} Appellant Stacie Marie Ivey [RP 300] (Mother) appeals pro se from the district court's October 4, 2013, minute order [RP 370] and the February 17, 2014, final minute order [Ct.App.File, blue tab] that address matters relating to child support, travel expenses, and attorney fees. Our second calendar notice proposed to affirm. {2}

Mother did not file a second memorandum in opposition to the second notice. Instead, Mother initiated a second appeal and filed a docketing statement in this Court in Ct.App.No. 33,670 (Case #2), where she appeals from the same district court orders at issue in this case. Because Mother is appealing from the same orders in both this case and in Case #2, we **HEREBY CONSOLIDATE** the appeals under this case, Ct.App.No. 33,348.

{3} As for the merits of Mother's arguments, for the same reasons extensively discussed in our second calendar notice, we affirm. Mother did not file a memorandum in opposition to our second notice and we are not persuaded by her arguments. We therefore affirm.

{4} **IT IS SO ORDERED.**

_____
**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

2

_____

**RODERICK T. KENNEDY, Chief Judge**

_____

**TIMOTHY L. GARCIA, Judge**